# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**BRENDA S. WILLIAMS**                                                         **PLAINTIFF**

**VERSUS**                                  **CIVIL ACTION NO. 1:09cv272HSO-JMR**

**BEAU RIVAGE, MGM MIRAGE, et al**                              **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court on the Report and Recommendation [3] of Chief United States Magistrate Judge John M. Roper , recommending denial of Plaintiff's Motion [2] for Leave to Proceed *In Forma Pauperis*. Plaintiff did not timely file objections to the Magistrate Judge's Report and Recommendation, but instead paid her filing fee to the Clerk of Court, as recommended by the Magistrate Judge.

Where a party fails to file specific objections to a magistrate judge's report and recommendation, the district court reviews the report and recommendation for findings and conclusions that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); *see also United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Based on the record before this Court, the undersigned finds that the Magistrate Judge was not erroneous in recommending that Plaintiff be denied leave to proceed *in forma pauperis*. After referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation [3], the relevant law, and the record in this matter, and being duly advised in the premises, finds that the Report and Recommendation [3] of Chief Magistrate Judge John M. Roper, should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Report and

Recommendation [3] of Chief Magistrate Judge John M. Roper should be and is hereby adopted in its entirety as the finding of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Brenda S. Williams' Motion [2] for Leave to Proceed *In Forma Pauperis* should be, and is hereby, **DENIED.**

**SO ORDERED AND ADJUDGED**, this the 23rd day of October, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE